**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Vashon T Jordan** | | Social Security number or ITIN | **xxx–xx–3921** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed for chapter 13 | **1/31/17** |
| Case number: | **17–02891** | | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Vashon T Jordan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8956 S Bishop St<br>Chicago, IL 60620 | |
| 4. | **Debtor's attorney**<br>Name and address | Ryan P Crotty<br>The Semrad Law Firm, LLC<br>20 S Clark St, Fl 28<br>Chicago, IL 60603 | Contact phone (312) 913–0625 Ext. 1687<br>Email: rcrotty@semradlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 2/1/17 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 6, 2017 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:** <br> **224 South Michigan, Suite 800, Chicago, IL 60604** |
| 8. | **Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br><br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/5/17** |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/5/17** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/31/17** |
| | | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| 9. | **Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on: <br> **3/27/17** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 719, Chicago, IL 60604** <br><br> **The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00** <br> If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 17-02891-LAH
Vashon T Jordan                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mrahmoun           Page 1 of 2            Date Rcvd: Feb 01, 2017
                             Form ID: 309I            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.
```
db           +Vashon T Jordan,    8956 S Bishop St,    Chicago, IL 60620-4906
25302271     +Aargon Agency As Agent For Six Flags,    Membership,    8668 Spring Mountain Rd,
               Las Vegas, NV 89117-4132
25302272     +Amer CoLL Co,    919 W Estes,    Schaumburg, IL 60193-4436
25302275     +American Info Source LP as agent for DirecTV LLC,    POB 51178,   c/o Amanda Matchett,
               Los Angeles, CA 90051-5478
25302277     +Charter One,    1 Citizen Plaza,    Providence, RI 02903-1344
25302278     +Check N Go Corp,    7755 Montgomery Road Ste 400,    Cincinnati, OH 45236-4197
25302279     +City Of Chicago Administrative Hearings,    POB 71429,    Chicago, IL 60694-1429
25302339     +City Of Chicago Parking,    121 N LaSalle St #107A,    Chicago, IL 60602-1232
25302340     +ComeED,    3 Lincoln Center,    Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
25302345     +EOS CCA,    PO BOX 981008,    BOSTON Maine 02298-1008
25302346     +FIFTH THIRD,    5050 Kingsley Dr,    Cincinnati Ohio 45227,    Number 45227-1115
25302347     +Home Medical Express,    621 Busse Road, Suite 101,    Bensenville Illinois 60106-1325
25302269     +IL Dept Of Human & Family Services,    509 S 6th St,    Springfield, IL 62701-1809
25302350     +Illinois Tollway,    2700 Ogden Ave,    Legal Dept,    Downers Grove Illinois 60515-1703
25302353     +MRC Receivable Corp,    c/o: Arthur B Adler & Assoc,    25 E Washington,
               Chicago Illinois 60602-1708
25302354     +Peoples Gas,    200 E. Randolph,    Chicago Illinois 60601-6302
25302359     +Quantum3 Group LLC as agent for Wollemi Acquisitio,    Po Box 788,
               Kirkland Washington 98083-0788
25302362     +SECURITYCRED,    2653 West Oxford Loop, Suite 108,    Oxford Mississippi 38655-2929
25302363     +SUN CASH,    5800 W North Ave,    Chicago Illinois 60639-4041
25302373     +Tempoe LLC,    1750 Elm St Ste 1200,    Manchester New Hampshire 03104-2907
25302364     +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA Georgia 30301-2287
25302368     +VERIZON WIRELESS,    PO BOX 4002,    Acworth Georgia 30101-9003
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: rcrotty@semradlaw.com Feb 02 2017 01:43:03      Ryan P Crotty,
               The Semrad Law Firm, LLC,    20 S Clark St, Fl 28,    Chicago, IL 60603
tr           +E-mail/Text: courtnotices@chi13.com Feb 02 2017 01:43:57     Marilyn O Marshall,
               224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust          +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 02 2017 01:44:09      Patrick S Layng,
               Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
               Chicago, IL 60604-2027
25302273     +E-mail/Text: compliance@americanfirstfinance.com Feb 02 2017 01:45:50      Amer Fst Fin,
               3515 N Ridge Rd Ste 200,    Wichita, KS 67205-1206
25302274     +EDI: AIS.COM Feb 02 2017 01:03:00      American Info Source LP,    (agent for Tmobile),
               POB 248848,    Oklahoma City, OK 73124-8848
25302276     +EDI: AMSHER.COM Feb 02 2017 01:03:00      Amsher Collection Serv,    600 Beacon Pkwy W Ste 15,
               Birmingham, Alabama 35209-3114
25302341     +E-mail/Text: collections@cafcu.org Feb 02 2017 01:45:04      Corporate America FCU,
               2075 Big Timber Rd,    Elgin, IL 60123-1140
25302342     +EDI: NAVIENTFKASMDOE.COM Feb 02 2017 01:03:00      DEPT OF ED/NAVIENT,    PO BOX 9635,
               WILKES BARRE Pennsylvania 18773-9635
25302344     +E-mail/Text: bknotice@erccollections.com Feb 02 2017 01:44:32      ENHANCED RECOVERY CO,
               8014 Bayberry Road,    Jacksonville Florida 32256-7412
25302348     +EDI: IIC9.COM Feb 02 2017 01:03:00      I C SYSTEM,    Po Box 64378,
               Saint Paul Minnesota 55164-0378
25301848     +E-mail/Text: rev.bankruptcy@illinois.gov Feb 02 2017 01:44:19      IL Dept Of REvenue,
               POB 64338,    Bankruptcy Section,    Chicago, IL 60664-0338
25302270     +EDI: IRS.COM Feb 02 2017 01:03:00      IRS 1,    POB 7346,
               Philadelphia, Pennsylvania 19101-7346
25302349     +EDI: ATTWIREBK.COM Feb 02 2017 01:03:00      Illinois Bell Telephone Company,
               One AT&T Way, Room 3A104,    Bedminster New Jersey 07921-2693
25302351     +EDI: CAUT.COM Feb 02 2017 01:03:00      JPMORGAN CHASE BANK,    2000 MARCUS AVENUE,
               NEW HYDE PARK New York 11042-1069
25302352     +E-mail/Text: rganju@mbosinc.com Feb 02 2017 01:45:01      M3 Financial Services,
               10330 Roosevelt Rd #200,    Westchester Illinois 60154-2564
25302355     +EDI: CBSPLS.COM Feb 02 2017 01:03:00      PLS Financial Solutions of Illinois, Inc.,
               800 Jorie Blvd.,    Oak Brook Illinois 60523-2132
25302356     +E-mail/Text: csidl@sbcglobal.net Feb 02 2017 01:45:05      Premier Bankcard/Charter,
               PO Box 2208,    Vacaville California 95696,    Number 95696-8208
25302360     +E-mail/Text: bankruptcy@risecredit.com Feb 02 2017 01:45:08      RISE,    PO Box 101808,
               Fort Worth Texas 76185-1808
25302369     +EDI: BLUESTEM Feb 02 2017 01:03:00      WEBBANK/FINGERHUT FRES,    6250 RIDGEWOOD RD,
               SAINT CLOUD Minnesota 56303-0820
                                                                                              TOTAL: 19
```

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2              Date Rcvd: Feb 01, 2017
                              Form ID: 309I               Total Noticed: 41

               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25302343*      +DEPT OF ED/NAVIENT,    PO BOX 9635,    WILKES BARRE Pennsylvania 18773-9635
25302268*      +Il Dept of Revenue,    POB 64338,    Bankruptcy Section,    Chicago, IL 60664-0338
25302365*      +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA Georgia 30301-2287
25302366*      +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA Georgia 30301-2287
25302367*      +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA Georgia 30301-2287
25302361      ##+RJM Acquisitions LLC,    575 Underhill Blv # 224,    Syosset New York 11791-3416
                                                                             TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan P Crotty    on behalf of Debtor 1 Vashon T Jordan rcrotty@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
                                                                                       TOTAL: 3
```