IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: VASHON T JORDAN | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | CASE NO: 17-02891 |
| | : | |

**NOTICE OF ADDRESS CHANGE**

American First Finance hereby changes its address for its claim number 4, account number ending in 4128 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

    3515 N Ridge Rd #200
    Wichita, KS 67205

New Address for Notices:

    American First Finance
    c/o Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0701
    610-228-2570
    proofofclaim@becket-lee.com

New Address for Payments:

    American First Finance
    c/o Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0701
    610-228-2570
    payments@becket-lee.com

Respectfully Submitted,

By: /s/ Shraddha Bharatia

    Shraddha Bharatia, Claims Administrator
    Becket & Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

DATE: 9/7/2018