Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 17−02891
Chapter: 13
Judge: LaShonda A. Hunt

In Re:
   Vashon T Jordan
   8956 S Bishop St
   Chicago, IL 60620

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3921

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on October 1, 2018

FOR THE COURT

Dated: October 2, 2018                    <u>Jeffrey P. Allsteadt , Clerk</u>
                                          United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-02891-LAH
Vashon T Jordan                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nbatson              Page 1 of 3              Date Rcvd: Oct 02, 2018
                               Form ID: ntcdsm           Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
```
db           #+Vashon T Jordan,    8956 S Bishop St,    Chicago, IL 60620-4906
aty           +Robert J Jr Semard,    Robert J Semrad & Associates LLC,    20 S CLark Street 28th Floor,
                Chicago, IL 60603-1811
25302271      +Aargon Agency As Agent For Six Flags,    Membership,    8668 Spring Mountain Rd,
                Las Vegas, NV 89117-4132
25303877      +Aargon Agency As Agent for Six Flags Membership,    8668 Spring Moutain Rd,
                Las Vegas, NV 89117-4132
25302272      +Amer CoLL Co,    919 W Estes,    Schaumburg, IL 60193-4436
25324943      +American First Finance Inc,    c/o Becket & Lee LLP,    PO Box 3002,   Malvern PA 19355-0702
25302275      +American Info Source LP as agent for DirecTV LLC,    POB 51178,    c/o Amanda Matchett,
                Los Angeles, CA 90051-5478
25303886      +American InfoSource LP as agent for Directv, LLC,    PO Box 51178,    c/o Amanda Matchett,
                Los Angeles, CA 90051-5478
25711797      +Atlas Acquisitions LLC (TEMPOE, LLC),    294 Union St.,    Hackensack, NJ 07601-4303
25303891      +CHARTER ONE,    1 Citizens Plaza,    Providence, RI 02903-1344
25718251      +CITY OF CHICAGO, A MUNICIPAL CORPORATION,    C/O MARKOFF LAW LLC,    29 N WACKER DR STE. 550,
                CHICAGO, IL 60606-2851
25303894     ++COMED,    1919 SWIFT DR,    OAKBROOK IL 60523-1502
              (address filed with court: ComEd,    3 Lincokln Cetre,    c/o Sabrina Copelan,
                Villa Park, IL 60181)
25302277      +Charter One,    1 Citizen Plaza,    Providence, RI 02903-1344
25302278      +Check N Go Corp,    7755 Montgomery Road Ste 400,    Cincinnati, OH 45236-4197
25303893      +Check N Go Corporate,    7755 Montgomery Road, Suite 400,    Cincinnati, OH 45236-4197
25302279      +City Of Chicago Administrative Hearings,    POB 71429,    Chicago, IL 60694-1429
25302339      +City Of Chicago Parking,    121 N LaSalle St #107A,    Chicago, IL 60602-1232
25303881      +City of Chicago Parking,    121 N. LaSalle St # 107A,    Chicago, IL 60602-1232
25302340      +ComeED,    3 Lincoln Center,    Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
25302345      +EOS CCA,    PO BOX 981008,    BOSTON Maine 02298-1008
25302346      +FIFTH THIRD,    5050 Kingsley Dr,    Cincinnati Ohio 45227,    Number 45227-1115
25303897      +FIFTH THIRD,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
25302347      +Home Medical Express,    621 Busse Road, Suite 101,    Bensenville Illinois 60106-1325
25303905      +Home Medical Express,    621 Busse Road, Suite 101,    Bensenville, IL 60106-1325
25302269      +IL Dept Of Human & Family Services,    509 S 6th St,    Springfield, IL 62701-1809
25791886       ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY,    PO BOX 19035,    SPRINGFIELD, IL 62794-9035
25302350      +Illinois Tollway,    2700 Ogden Ave,    Legal Dept,    Downers Grove Illinois 60515-1703
25303904      +Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5491
25303899      +MRC Receivable Corp,    c/o: Arthur B Adler & Assoc,    25 E Washington,
                Chicago, IL 60602-1708
25302353      +MRC Receivable Corp,    c/o: Arthur B Adler & Assoc,    25 E Washington,
                Chicago Illinois 60602-1708
25303889     #+Markoff Law LLC,    29 N Wacker Dr #550,    Chicago, IL 60606-2851
25347102      +PEOPLES GAS LIGHT & COKE COMPANY,    200 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6433
25302354      +Peoples Gas,    200 E. Randolph,    Chicago Illinois 60601-6302
25303880      +Peoples Gas,    200 E. Randolph,    Chicago, IL 60601-6302
25303879       RJM Acquisitions LLC,    c/o Eileen Graham 575 Underhill Blvd,    Suite 2224,    Syosset, NY 11791
25302362      +SECURITYCRED,    2653 West Oxford Loop, Suite 108,    Oxford Mississippi 38655-2929
25303866      +SECURITYCRED,    2653 West Oxford Loop, Suite 108,    Oxford, MS 38655-2929
25302363      +SUN CASH,    5800 W North Ave,    Chicago Illinois 60639-4041
25303902      +SUN CASH,    5800 W North Ave,    Chicago, IL 60639-4041
25303867      +TEMPOE LLC,    1750 Elm St Ste 1200,    Manchester, NH 03104-2907
25302373      +Tempoe LLC,    1750 Elm St Ste 1200,    Manchester New Hampshire 03104-2907
25303863      +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA, GA 30301-2287
25302364      +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA Georgia 30301-2287
25303874      +Williams, Tonika,    Po Box 19405,    C/O IL Dept of Health & Family Serv,
                Springfield, IL 62794-9405
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25303868      +EDI: AMSHER.COM Oct 03 2018 05:03:00      AMSHER COLLECTION SERVICE,    600 BEACON PKWY W STE 15,
                BIRMINGHAM, AL 35209-3114
25705471      +EDI: CINGMIDLAND.COM Oct 03 2018 05:03:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
25302273      +E-mail/Text: compliance@americanfirstfinance.com Oct 03 2018 01:14:08      Amer Fst Fin,
                3515 N Ridge Rd Ste 200,    Wichita, KS 67205-1206
25303884      +EDI: ACBK.COM Oct 03 2018 05:03:00      American Credit Acceptance,    961 E MAIN ST 2ND FLOOR,
                SPARTANBURG, SC 29302-2185
25302274      +EDI: AIS.COM Oct 03 2018 05:03:00      American Info Source LP,    (agent for Tmobile),
                POB 248848,    Oklahoma City, OK 73124-8848
25303869      +EDI: AIS.COM Oct 03 2018 05:03:00      American InfoSource LP (agent for TMobile),
                PO Box 248848,    Oklahoma City, OK 73124-8848
25303871      +EDI: AIS.COM Oct 03 2018 05:03:00      American InfoSource LP (agent for Verizon),
                PO Box 248838,    c/o Amanda Matchett,    Oklahoma City, OK 73124-8838
25329165       EDI: AIS.COM Oct 03 2018 05:03:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
```

```
District/off: 0752-1           User: nbatson              Page 2 of 3                   Date Rcvd: Oct 02, 2018
                               Form ID: ntcdsm            Total Noticed: 96

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25502876         EDI: AIS.COM Oct 03 2018 05:03:00      American InfoSource LP as agent for,   Verizon,
                  PO Box 248838,   Oklahoma City, OK 73124-8838
25302276        +EDI: AMSHER.COM Oct 03 2018 05:03:00      Amsher Collection Serv,   600 Beacon Pkwy W Ste 15,
                  Birmingham, Alabama 35209-3114
25303882        +EDI: PHINHARRIS Oct 03 2018 05:03:00      Arnold Scott Harris,   111 W. Jackson # 600,
                  Chicago, IL 60604-3517
25396630        +EDI: ATLASACQU.COM Oct 03 2018 04:53:00      Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303
25303876        +E-mail/Text: solutions@cafcu.org Oct 03 2018 01:13:37      CORPORATE AMERICA FCU,
                  2075 Big Timber Rd,   c/o Tiffany Rollo,   Elgin, IL 60123-1140
25342730        +EDI: PHINHARRIS Oct 03 2018 05:03:00      City of Chicago Department of Finance,
                  C/O Arnold Scott Harris P.C.,   111 W Jackson Blvd Ste 600,   Chicago, IL 60604-3517
25302341        +E-mail/Text: solutions@cafcu.org Oct 03 2018 01:13:37      Corporate America FCU,
                  2075 Big Timber Rd,   Elgin, IL 60123-1140
25315985        +E-mail/Text: solutions@cafcu.org Oct 03 2018 01:13:37      Corporate America Family Credit Union,
                  2075 Big Timber Road,   Elgin, IL 60123-1140
25303861        +EDI: NAVIENTFKASMDOE.COM Oct 03 2018 05:03:00      DEPT OF ED/NAVIENT,   PO BOX 9635,
                  WILKES BARRE, PA 18773-9635
25302342        +EDI: NAVIENTFKASMDOE.COM Oct 03 2018 05:03:00      DEPT OF ED/NAVIENT,   PO BOX 9635,
                  WILKES BARRE Pennsylvania 18773-9635
25303887        +EDI: DIRECTV.COM Oct 03 2018 05:03:00      DirecTV,   PO Box 105261,   Atlanta, GA 30348-5261
25303895        +E-mail/Text: bknotice@ercbpo.com Oct 03 2018 01:13:01      ENHANCED RECOVERY CO,
                  8014 Bayberry Road,   Jacksonville, FL 32256-7412
25302344        +E-mail/Text: bknotice@ercbpo.com Oct 03 2018 01:13:01      ENHANCED RECOVERY CO,
                  8014 Bayberry Road,   Jacksonville Florida 32256-7412
25303865        +EDI: IIC9.COM Oct 03 2018 05:03:00      I C SYSTEM,   Po Box 64378,   Saint Paul, MN 55164-0378
25302348        +EDI: IIC9.COM Oct 03 2018 05:03:00      I C SYSTEM,   Po Box 64378,
                  Saint Paul Minnesota 55164-0378
25303903        +E-mail/Text: rev.bankruptcy@illinois.gov Oct 03 2018 01:12:38      IL Depart of Revenue,
                  PO Box 64338,   Bankruptcy Section,   Chicago, IL 60664-0291
25301848        +E-mail/Text: rev.bankruptcy@illinois.gov Oct 03 2018 01:12:38      IL Dept Of REvenue,
                  POB 64338,   Bankruptcy Section,   Chicago, IL 60664-0291
25303875        +EDI: IRS.COM Oct 03 2018 04:58:00      IRS 1,   PO Box 7346,   Philadelphia, PA 19101-7346
25303878        +EDI: ATTWIREBK.COM Oct 03 2018 04:58:00      Illinois Bell Telephone Company,
                  One AT&T Way, Room 3A218,   Bedminster, NJ 07921-2693
25302349        +EDI: ATTWIREBK.COM Oct 03 2018 04:58:00      Illinois Bell Telephone Company,
                  One AT&T Way, Room 3A104,   Bedminster New Jersey 07921-2693
25303892        +EDI: CAUT.COM Oct 03 2018 05:03:00      JPMORGAN CHASE BANK,   2000 MARCUS AVENUE,
                  NEW HYDE PARK, NY 11042-1069
25302351        +EDI: CAUT.COM Oct 03 2018 05:03:00      JPMORGAN CHASE BANK,   2000 MARCUS AVENUE,
                  NEW HYDE PARK New York 11042-1069
25700939         EDI: RESURGENT.COM Oct 03 2018 05:03:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of MCI Communications,   Services, Inc,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
25303898        +E-mail/Text: rganju@mbosinc.com Oct 03 2018 01:13:32      M3 Financial Services,
                  10330 Roosevelt Rd #200,   Westchester, IL 60154-2564
25302352        +E-mail/Text: rganju@mbosinc.com Oct 03 2018 01:13:32      M3 Financial Services,
                  10330 Roosevelt Rd #200,   Westchester Illinois 60154-2564
25303900        +EDI: MID8.COM Oct 03 2018 05:03:00      MRC Receivables Corp,   Po Box 939069,
                  San Diego, CA 92193-9069
25602603         EDI: NAVIENTFKASMSERV.COM Oct 03 2018 05:03:00      Navient Solutions, LLC on behalf of,
                  Department of Education Loan Services,   P.O. Box 9635,   Wilkes-Barre, PA 18773-9635
25303901        +EDI: CBSPLS.COM Oct 03 2018 05:03:00      PLS Financial Solutions of Illinois, Inc,
                  800 Jorie Blvd,   Oak Brook, IL 60523-2132
25302355        +EDI: CBSPLS.COM Oct 03 2018 05:03:00      PLS Financial Solutions of Illinois, Inc.,
                  800 Jorie Blvd.,   Oak Brook Illinois 60523-2132
25303860        +E-mail/Text: bankruptcy@gopfs.com Oct 03 2018 01:14:12      PRESTIGE FINANCIAL SVC,
                  1420 S 500 W,   SALT LAKE CITY, UT 84115-5149
25303885        +E-mail/Text: csidl@sbcglobal.net Oct 03 2018 01:13:37      Premier Bankcard/Charter,
                  c/o Emma H Green PO Box 2208,   Vacaville, CA 95696-8208
25302356        +E-mail/Text: csidl@sbcglobal.net Oct 03 2018 01:13:37      Premier Bankcard/Charter,
                  PO Box 2208,   Vacaville California 95696,   Number 95696-8208
25308521        +E-mail/Text: bankruptcy@gopfs.com Oct 03 2018 01:14:12      Prestige Financial Services,
                  BANKRUPTCY DEPT,   PO BOX 26707,   Salt Lake City UT 84126-0707
25686775         EDI: Q3G.COM Oct 03 2018 05:03:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                  PO Box 788,   Kirkland, WA 98083-0788
25302359        +EDI: Q3G.COM Oct 03 2018 05:03:00      Quantum3 Group LLC as agent for Wollemi Acquisitio,
                  Po Box 788,   Kirkland Washington 98083-0788
25303883        +EDI: Q3G.COM Oct 03 2018 05:03:00      Quantum3 Group LLC as agent for Wollemi Acquisitio,
                  Po Box 788,   Kirkland, WA 98083-0788
25302360        +EDI: PHINELEVATE Oct 03 2018 05:03:00      RISE,   PO Box 101808,   Fort Worth Texas 76185-1808
25303862        +EDI: PHINELEVATE Oct 03 2018 05:03:00      RISE,   PO Box 101808,   Fort Worth, TX 76185-1808
25807547         EDI: ECMC.COM Oct 03 2018 05:03:00      US Department of Education,   PO Box 16448,
                  St. Paul, MN 55116-0448
25303870        +EDI: VERIZONCOMB.COM Oct 03 2018 04:53:00      VERIZON WIRELESS,   PO BOX 4002,
                  Acworth, GA 30101-9003
25302368        +EDI: VERIZONCOMB.COM Oct 03 2018 04:53:00      VERIZON WIRELESS,   PO BOX 4002,
                  Acworth Georgia 30101-9003
```

```
District/off: 0752-1              User: nbatson              Page 3 of 3              Date Rcvd: Oct 02, 2018
                                  Form ID: ntcdsm            Total Noticed: 96
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
25303872       +EDI: BLUESTEM Oct 03 2018 05:03:00      WEBBANK/FINGERHUT FRES,    6250 RIDGEWOOD RD,
                 SAINT CLOUD, MN 56303-0820
25302369       +EDI: BLUESTEM Oct 03 2018 05:03:00      WEBBANK/FINGERHUT FRES,    6250 RIDGEWOOD RD,
                 SAINT CLOUD Minnesota 56303-0820
25555804       +E-mail/Text: Info@williamsonandbrown.com Oct 03 2018 01:14:21       Williamson and Brown LLC,
                 4691 Clifton Parkway,    Hamburg, NY 14075-3201
                                                                                              TOTAL: 52

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25303890*      +AMER COLL CO,    919 W ESTES,    SCHAUMBURG, IL 60193-4436
25303864*      +AMER FST FIN,    3515 N. Ridge Rd, Suite 200,    Wichita, KS 67205-1206
25303888*      +City of Chicago Administrative Hearings,    PO Box 71429,    Chicago, IL 60694-1429
25302343*      +DEPT OF ED/NAVIENT,    PO BOX 9635,    WILKES BARRE Pennsylvania 18773-9635
25303873*      +IL Dept of Human & Family Services,    509 S 6th St,    Springfield, IL 62701-1809
25302270*      +IRS 1,   POB 7346,    Philadelphia, Pennsylvania 19101-7346
25302268*      +Il Dept of Revenue,    POB 64338,    Bankruptcy Section,    Chicago, IL 60664-0291
25302367*      +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA Georgia 30301-2287
25302365*      +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA Georgia 30301-2287
25302366*      +U S DEPT OF ED/GSL/ATL,    PO BOX 2287,    ATLANTA Georgia 30301-2287
25303896      ##+EOS CCA,    700 Longwater Drive,    P O Box 5369,    Norwell, MA 02061-5369
25302361      ##+RJM Acquisitions LLC,    575 Underhill Blv # 224,    Syosset New York 11791-3416
                                                                                     TOTALS: 0, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
```
              James M Philbrick    on behalf of Creditor    Prestige Financial Services Inc. jmphilbrick@att.net
              Joel P Fonferko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENT ND-One@il.cslegal.com
              Marilyn O Marshall    courtdocs@chi13.com
              Michael  Spangler    on behalf of Debtor 1 Vashon T Jordan mspangler@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan P Crotty    on behalf of Debtor 1 Vashon T Jordan rcrotty@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
                                                                                              TOTAL: 6
```